IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. BAILEY, as the Assignee and Judgment Creditor of Todd Plumbing, Inc.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE INSURANCE CORPORATION OF NEW YORK, a New York Corporation; a Member of TRENTWICK GROUP, INC. a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CV F 02-5393  AWI DLB<br><br>ORDER VACATING COURT'S ORDERS OF DECEMBER 24, 2003, AND DECEMBER 29, 2003, AND REFERRING PARTIES TO MAGISTRATE TO SCHEDULE FURTHER PROCEEDINGS |

　　　　On February 1, 2006, the court's grant of Defendants' motion for summary judgment filed on December 24, 2003, was reversed by the Ninth Circuit Court of Appeal, case number 04-15208, and the case was remanded to this court for further proceedings.  Pursuant to the mandate of the Ninth Circuit Court of Appeal, the grant of summary judgment filed on December 24, 2003, docket number 61, and the entry of judgment, docket number 62, are hereby VACATED.  The parties are ordered to contact the magistrate judge assigned to this case to schedule further proceedings as appropriate within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:    February 21, 2006　　　　　　　　　/s/ Anthony W. Ishii
h2ehf　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE